AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(B)

Page 1 of 2 (Page 2 Not for Public Disclosure)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-2020

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHARLES BRYANT | ) | Case No: 01:S1 06crim17-02 (LTS) |
|  | ) | USM No: 53349-054 |
| Date of Original Judgment: 07/26/2007 | ) | |
| Date of Previous Amended Judgment: | ) | Matthew B. Larsen, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court for a reduction in sentence based on the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), a statute that expressly permits modification of an imposed term of imprisonment, and having considered such motion under 18 U.S.C. § 3582(c)(1)(B), and having taken into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____300_____ months **is reduced to** _____216_____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is sentenced to 216 months of imprisonment as to each of Counts One (1) through Three (3), to run concurrently for a total of 216 months. To be followed by 8 years of supervised release as to each of Counts One (1) through Three (3), to run concurrently for a total of 8 years.

The mandatory, standard and special conditions of supervised release previously imposed continue to apply, with the additional special condition that for one (1) year after defendant's release from custody, the defendant must reside at a residential reentry center as directed by the Probation Officer. At any time after the first 30 days of residence, the Probation Officer may apply for a reduction of the length of this special condition based on the defendant's behavior on supervision and/or defendant's acquisition of another residence approved by the Probation Officer.

Except as otherwise provided, all provisions of the judgment dated _____07/26/2007_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _____03/13/2020_____

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Laura Taylor Swain, U.S.D.J.
*Printed name and title*