UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                                      No. 06 CR 00017-LTS

CHARLES BRYANT,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Mr. Bryant's "Emergency Motion to Correct Mr. Bryant's Sentence." (Docket Entry No. 135.)

The government is hereby ORDERED to file a response by 11 a.m. on March 24, 2020. Any reply by Mr. Bryant must be filed by 3 p.m. the same day.

    SO ORDERED.

Dated: New York, New York
          March 23, 2020March 23, 2020

                                                                  /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge