UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                              No. 06 CR 00017-LTS

CHARLES BRYANT,

            Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Mr. Bryant's "Emergency Motion For Bail Pending Appeal." (Docket Entry No. 142.)

The government is hereby ORDERED to file a response by 2 p.m. on March 30, 2020. Any reply by Mr. Bryant must be filed by 2 p.m. on March 31, 2020.

    SO ORDERED.

Dated: New York, New York
       March 26, 2020

                                                     /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge