UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                             No.  06 CR 00017-LTS

CHARLES BRYANT,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Mr. Bryant's "Renewed Motion For Bail Pending Appeal."  (Docket Entry No. 153.)

The government is hereby ORDERED to file a response by 5 p.m. on May 7, 2020.  Any reply by Mr. Bryant must be filed by 5 p.m. on May 8, 2020.

SO ORDERED.

Dated: New York, New York
       May 4, 2020

                                                                 _/s/ Laura Taylor Swain__
                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge