UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                    No. 06-CR-17-LTS

CHARLES BRYANT,

                                                                                                    ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received Mr. Bryant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582. (Docket Entry No. 162.) The Government must file its written response to the foregoing application by **February 5, 2021, at 5:00 p.m.** A complete, unredacted courtesy copy must be emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov. Any reply must be filed by **February 19, 2021, at 5:00 p.m.** Medical and other sensitive personal information may be redacted from the publicly filed submissions, emailed directly to Chambers, and filed under seal. Counsel must file the redacted portions of the submissions in hard copy with the Clerk of Court, in a sealed envelope along with a copy of this order.

        SO ORDERED.

Dated: New York, New York
       January 20, 2021

                                                                    /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge